# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| In re: Jacqueline Michelle Lennon, | ) | |
| | ) | |
| CAROLYN L. CAMARDO, | ) | Case No.: 13-74773-FJS |
| | ) | Chapter: 7 |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 15-07108-FJS |
| | ) | |
| JACQUELINE MICHELLE LENNON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF HEARING ON MOTION TO WITHDRAW (CM/ECF DOCKET NO. 7)

PLEASE TAKE NOTICE that the undersigned will appear before the U.S. Bankruptcy Court for the Eastern District of Virginia for hearing on her Motion to Withdraw on Tuesday, January 26, 2016 at 11:00 a.m., or as soon thereafter as may be heard, as reflected in the attached Confirmation of Request for Hearing.

Dated: January 7, 2016                                                Respectfully submitted,

                                                          /s/ Kristi L. Johnson
                                                          Kristi L. Johnson, VSB No. 77776
                                                          5055 Seminary Road, #938
                                                          Alexandria, VA 22311
                                                          Phone: (757) 593-1980
                                                          *Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2016, a true and accurate copy of the foregoing Notice of Hearing on Motion to Withdraw (CM/ECF Docket No. 7), together with a copy of the related Notice of Electronic Filing, was served as follows:

>Jacqueline M. Lennon
>404 S. Rosemont Road
>Virginia Beach, VA 23452
>jalennon@portfoliorecovery.com
>wintersgammy@gmail.com
>*Debtor/Defendant*
>**(Via email, first class mail, and certified mail)**
>
>Carolyn L. Camardo
>5101 Cleveland St.
>Suite 200
>Virginia Beach, VA 23462
>ch7clc@hjlaw.com,
>va05@ecfcbis.com
>*Chapter 7 Trustee/Plaintiff*
>**(Via email)**

>/s/ Kristi L. Johnson
>Kristi L. Johnson, VSB No. 77776
>5055 Seminary Road, #938
>Alexandria, VA 22311
>Phone: (757) 593-1980
>*Counsel for Debtor*

# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

| | |
|---|---|
| In re:<br>Jacqueline Michelle Lennon | **Case Number** 13−74773−FJS<br>**Chapter** 7<br>**Adversary Proceeding Number** 15−07108−FJS<br>**Judge** Frank J. Santoro |
| Debtor(s) | |
| Carolyn L. Camardo | |
| Plaintiff(s) | |
| V. | |
| Jacqueline Michelle Lennon | |
| Defendant(s) | |

## ** CONFIRMATION OF REQUEST FOR HEARING **

To: **Kristi Johnson, Esq.**

A hearing has been scheduled for

**Date:** January 26, 2016   **Time:** 11:00 AM

**Location:** Judge Santoro − Courtroom 2, U. S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510

to consider and act upon the following:

*7* − Notice and Motion to Withdraw Attorney filed by Kristi L. Johnson on behalf of Jacqueline Michelle Lennon. (Attachments: # 1 Notice of Motion) (Johnson, Kristi)

As the party requesting the hearing, you are responsible for sending notice to all other applicable parties.

The Notice of Hearing and Certificate of Service must be filed with the Court within 7 days from the date of this confirmation.

**It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions.**

FAILURE TO COMPLY WITH THESE NOTICING INSTRUCTIONS MAY RESULT IN THE HEARING BEING STRICKEN FROM THE DOCKET.

| | |
|---|---|
| Dated: December 31, 2015 | For the Court, |
| [con_req_hrgvJuly2013.jsp] | William C. Redden, Clerk<br>United States Bankruptcy Court |

Attorney for Plaintiff: Carolyn L. Camardo , Pro Se
Attorney for Defendant: Kristi L. Johnson